**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D   +1 212-768-6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

May 17, 2021

# MEMO ENDORSED

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Williams v. Hydrobuilder, LLC: Case No. 1:21-cv-01265-KPF

Dear Judge Failla:

We represent defendant Hydrobuilder, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, Milton Williams, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from May 17, 2021 to July 1, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

---

Application DENIED without prejudice.  By Order dated April 13, 2021, the Court
granted Defendant a second extension to the deadline to respond to the Complaint
to allow the parties to reach a settlement, and noted that it would not grant
further extensions.  (Dkt. #12).  Absent an assurance that the parties have
resolved the case, the Court is unwilling to grant a third extension given that
the parties offer the same rationale as justification for a further extension.
The Clerk of Court is directed to terminate the motion pending at docket entry 13.

Dated:    May 17, 2021
          New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE